From: TransUnion transunion@em-tuci.transunion.com
Subject: Dispute Received, Investigation in Process
Date: Jul 4, 2021 at 9:29:42 AM
To: 

# TransUnion

Dear Samuel,

Re: Dispute Confirmation

We have received all your dispute details and are starting your investigation. We want to help you ensure your data is as accurate as possible.

**Next Steps:**

1. We will email you as soon as your results are ready. If you received a message on the website indicating that your dispute results won't be delivered online, then instead of an email confirmation we'll send your dispute results by postal mail.
2. Log in to view your results.

You can also use the above link to check the status of your dispute at any time. Remember: it can take up to 30 days to get your investigation results.

Sincerely,

TransUnion
*Get in the know*



View in your browser



Dear Samuel,

Your dispute investigation is complete and your results are ready. Simply log in to your account here to view your results.

We're here to help you make sure your credit report data is as accurate as possible. If you don't agree with the results from your investigation, find out what to do next.

Sincerely,

TransUnion
*Get in the know*

© 2021 TransUnion LLC All Rights Reserved. 555 West Adams, Chicago, IL 60661

**From:** Experian Alerts <Experian@usa.experian.com>
**Date:** August 9, 2021 at 2:44:59 PM EDT
**To:** [redacted]
**Subject: Important: Your dispute is completed, Samuel**
**Reply-To:** Experian <reply-fe8f1171756d0d7c72-14931_HTML-1281454250-7327132-129983@e.usa.experian.com>



Membership ID# 10018862915943     Member Sign In



# Hi Samuel, your dispute results are ready

## Dispute results

Your dispute report number **2176-6050-98** results are ready for review.

View results



## How likely are you to recommend Experian?

0   1   2   3   4   5   6   7   8   9

10

Take survey  >

This email was sent because it contains important information about your account. Please note that if you have previously unsubscribed from Experian CreditWorks℠ Basic, you will no longer receive newsletters or special offers. However, you will continue to receive email notifications regarding your account. To ensure that you'll receive emails from us, please add support@e.usa.experian.com to your address book.

Privacy Policy

© 2021 Fair Isaac Corporation. FICO® is a trademark of Fair Isaac Corporation.

© 2021 ConsumerInfo.com, Inc., an Experian® company. All rights reserved.
P.O. Box 2390 Allen, TX, 75013, US

