- 1 -

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- X
:
SAMUEL WEBER on behalf of all similarly :
situated consumers, :
:
Plaintiff, :
:
-against- :
:
EXPERIAN INFORMATION SOLUTIONS, INC. :
TRANS UNION, LLC :
EQUIFAX INFORMATION SERVICES, LLC :
AND GOLDMAN SACHS BANK USA, :
:
Defendants. :
:
----------------------------------------------------------------X

Case No. 1:21-cv-04807-PKC-VMS

**NOTICE OF MOTION OF GOLDMAN SACHS BANK USA TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law and all pleadings and papers on file herein, defendant Goldman Sachs Bank USA ("GS Bank") shall move this Court, before the Honorable Pamela K. Chen, United States District Judge, Eastern District of New York, located at 225 Cadman Plaza East, Courtroom 4F, Brooklyn, New York 11201, at a date and time to be determined by the Court, for an Order dismissing the claims against GS Bank in the Amended Complaint filed by plaintiff Samuel Weber, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

- 2 -

Dated: February 18, 2022

Respectfully submitted,

STROOCK & STROOCK & LAVAN LLP

By: _____*/s/ Arjun P. Rao*_____
 Arjun P. Rao

180 Maiden Lane
New York, New York 10038
-and-
2029 Century Park East, 18th Floor
Los Angeles, CA 90067-3086
Telephone: 310.556.5800
Email:  arao@stroock.com
 lacalendar@stroock.com

Attorneys for Defendant
*Goldman Sachs Bank USA*

LA 52644200

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on February 18, 2022, a copy of the foregoing **NOTICE OF MOTION OF GOLDMAN SACHS BANK USA TO DISMISS PLAINTIFF'S AMENDED COMPLAINT** was served via electronic mail on the following counsel of record:

Adam J. Fishbein, Esq.
735 Central Avenue
Woodmere, New York 11598
Email: fishbeinadamj@gmail.com
*Counsel for Plaintiff*

Kerianne Tobitsch, Esq.
Jones Day
250 Vesey Street
New York, NY 10281
Email: ktobitsch@jonesday.com
*Counsel for Experian Information Solutions, Inc.*

Boris Brownstein
Clark Hill PLC
210 Carnegie Center, Suite 102
Princeton, NJ 08540
Email: bbrownstein@clarkhill.com
*Counsel for Equifax Information Services, LLC*

                                                */s/ Arjun P. Rao*
                                                  Arjun P. Rao